**04-40001**

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

| District Massachusetts | | |
|---|---|---|
| **Name** Luis Arzeno, pro-se | **Prisoner No.** | **Case No.** |
| **Place of Confinement** N.C.C.I. Gardner P.O. Box #466 Gardner, Mass. 01440 | | |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Luis Arzeno      v. | Steven O'Brien |

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Bristol County Superior Court, New Bedford, Massachusetts__

2. Date of judgment of conviction __June 4, 1997__

3. Length of sentence __12 to 20 years__

4. Nature of offense involved (all counts) __Manslaughter__
   __Indictment #9673-CR0218A__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  Mass. Appeals Court

   (b) Result  Order denying Motion for A New Trial affirmed.

   (c) Date of result and citation, if known  April 4, 2003; 02-P-1280

   (d) Grounds raised  1) The Superior Court erred in denying defendant's Motion to Vacate his sentence; 2) The Superior Court erred in denying defendant's Motion without a hearing.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court  Supreme Judicial Court

     (2) Result  Application for Further Appellate Review denied

     (3) Date of result and citation, if known  10/03/03 FAR-13627

     (4) Grounds raised  Same as above

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court

     (2) Result

     (3) Date of result and citation, if known

     (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  Bristol County Superior Court

     (2) Nature of proceeding  Motion to Withdraw Guilty Plea

     (3) Grounds raised  Defense Counsel was Ineffective; and the defendants was not intelligently tendered.

AO 241 (Rev. 5/85)

___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result ___ **Motion denied** ___

(6) Date of result ___ **April 22, 02** ___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___

(2) Nature of proceeding ___

(3) Grounds raised ___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result ___

(6) Date of result ___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☑   No ☐
(2) Second petition, etc.    Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Ineffective Assistance of Trial Counsel__

Supporting FACTS (state *briefly* without citing cases or law) __Defense counsel prior to the defendant changing his not guilty plea to guilty, informed defendant, if he plead guilty, he would file a motion to Revise and revoke his sentence and after six years bring the defendant back before the court, where he would be given time served. However, soon after pleading the defendant guilty, counsel became the first assistant district attorney for the same county that prosecuted the defendant and never filed the motion to Revise and revoke.__

B. Ground two: __The Guilty Plea was unlawfully Tendered__

Supporting FACTS (state *briefly* without citing cases or law): __During the plea colloquy, the Court failed to notify the defendant of the elements of the charges he was pleading guilty to; secondly, defense counsel did not notify the defendant of the elements and thirdly the Prosecutors statement of the facts do not rise to the level of notice of the charges required by the constitution.__

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ___Gerald Fitzgerald, Esq._____

    _____County Street New Bedford, Mass._____

    (b) At arraignment and plea _____Same_____

    _____

(6)

AO 241 (Rev. 5/85)

   (c) At trial _____

   (d) At sentencing _____ Same _____

   (e) On appeal _____ pro-se _____

   (f) In any post-conviction proceeding _____ Pro-se _____

   (g) On appeal from any adverse ruling in a post-conviction proceeding _____ pro-se _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☑
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-19-03
(date)

_____
Signature of Petitioner

(7)

## CERTIFICATE OF SERVICE

I, Luis Arzeno, do hereby certify that I on this 15,th day of December, 2003, cause a copy of the Petitioner's Petition for A Writ of Habeas Corpus to be served via U.S. Mail certified return receipt requested as follows:

Steven O'Brien,
Superintendent NCCI Gardner
500 Colony Rd.
Gardnar, Mass. 01440

s/ *Luis Arzeno*
Luis Arzeno/ pro-se