UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis Arzeno,
       Petitioner

V.

O'Brien,
       Respondent

CIVIL ACTION

NO. 04-CV-40001-NMG

**O R D E R**

**GORTON, D. J.**

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent **AND** the Attorney General for the Commonwealth of Massachusetts, Attention:   William J. Meade, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA  02108.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other proper responsive pleading to the Petition for Writ of Habeas Corpus.

    This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

    1/28/04
      Date

/s/ Nathaniel M. Gorton
**United States District Judge**

(2254serv.ord - 12/95)       [2254serv.]