UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS ARZENO,

    Petitioner,

v.                                                  Civil Action No. 04-40001-NMG

STEVEN O'BRIEN,

    Respondent.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondent, Steven O'Brien.

Dated: February 13, 2004

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Natalie S. Monroe (BBO No. 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

### Certificate of Service

I hereby certify that on February 13, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Luis Arzeno, N.C.C.I. Gardner, P.O. Box 466, Gardner, Massachusetts 01440.

_____
Natalie S. Monroe