UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ARZENO,<br><br>　　　　Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br><br>　　　　Respondent. | Civil Action No. 04-40001-NMG |

### RESPONDENT'S MOTION TO DISMISS THE PETITION FOR A WRIT OF HABEAS CORPUS AS TIME-BARRED

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the respondent respectfully submits this motion to dismiss the petition for a writ of habeas corpus filed by the petitioner, Luis Arzeno. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Because his conviction became final on June 4, 1997, Arzeno had to file his federal habeas petition within a one-year limitations period that expired on June 4, 1998. This petition was not filed until January 30, 2004, more than five and half years after the limitations period had lapsed. Accordingly, the petition must be dismissed as time-barred.[1] In support of his motion, the respondent relies on the accompanying memorandum of law and exhibits.

---

[1] The respondent's remaining defenses are not addressed here because the running of the statute of limitations mandates dismissal of the petition. In the event that this Court declines to dismiss the petition as time-barred, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other applicable defenses.

**WHEREFORE**, the respondent respectfully requests that the Court dismiss this habeas petition with prejudice on the grounds that it is time-barred.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Natalie S. Monroe*
Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: March 31, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Natalie S. Monroe, hereby certify that I have been unable to confer with the petitioner, who is incarcerated at the N.C.C.I. Gardner, and is not free to accept or make telephone calls during normal business hours. It is believed, in any event, that the petitioner would not voluntarily assent to any portion of the subject motion.

*/s/ Natalie S. Monroe*

### Certificate of Service

I hereby certify that on March 31, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Luis Arzeno, N.C.C.I. Gardner, P.O. Box 466, Gardner, Massachusetts 01440.

*/s/ Natalie S. Monroe*