UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Luis Arzeno,</u>
      Petitioner,

CIVIL ACTION

V.

NO. <u>04-40001-FDS</u>

<u>Steven O'Brien,</u>
      Respondent,

<u>ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

In accordance with the Court's allowance of the motion to dismiss on   <u>10/1/04</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>    10/1/04    </u>
Date

/s/ Martin Castles
Deputy Clerk

(Dismendo.ord - 09/92)   [odism.]